# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LAWRENCE A. MACDONALD, et al., | Case No.: 18cv2555-LAB (MSB) |
|---|---|
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; AND** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | **ORDER PERMITTING DEFENDANT AFFINIA DEFAULT SERVICES, LLC TO OBJECT** |
| Defendants. | |

After this action was removed from state court, the Court ordered Defendants to show cause why it should not be remanded for lack of jurisdiction. Defendants filed a response, and the Court is satisfied it has jurisdiction over the case. The order to show cause is **DISCHARGED**.

Plaintiffs and two of the three named Defendants have filed a joint motion for dismissal with prejudice. The third Defendant, Affinia Default Services, LLC, filed a declaration of non-monetary status before the case was removed, but has not otherwise appeared.

If Affinia objects to the requested dismissal with prejudice, it must file an objection by **June 13, 2019.** Otherwise, the joint motion will be granted. The Clerk
/ / /

shall mail a copy of this order to Affinia in care of its counsel, at the address on page 2 of docket number 23-2.

**IT IS SO ORDERED**.

Dated: June 6, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge