# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LAWRENCE A. MACDONALD, et al., | Case No.: 18cv2555-LAB (MSB) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Defendant Affinia Default Services, LLC was given an opportunity to oppose the joint motion to dismiss (Docket no. 28), but has not done so. The joint motion is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: June 17, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge